```
            FILED
       U.S. DISTRICT COURT
       DISTRICT OF MARYLAND
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Lesniak & Associates, Inc.**<br>  Plaintiff | *<br>* Case No.: JFM 02 CV 3305<br>* |
| v. | * <br> * |
| **View Systems, Inc.**<br>  Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

### Order Granting Leave to Withdraw

Terry J. Harris, attorney for defendant View Systems, Inc., filed a motion for leave to withdraw his appearance pursuant to Local Rule 101(2)(b), and it is hereby:

ORDERED that the motion be GRANTED, and that petitioner be granted leave to withdraw his appearance as counsel for defendant View Systems, Inc. in the above-captioned action.

_March 31, 2003_
date

/s/ _____
Judge

