IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESNIAK & ASSOCIATES, INC.         *

    Plaintiff                                         *

v.                                                       *          Case No: JFM 02 CV3305

VIEW SYSTEMS, INC.                    *

    Defendant                                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF BRUCE LESNIAK

I, Bruce Lesniak, do hereby depose and say:

1.    I am over the age of 18 and competent to testify about the matters set forth in this Affidavit.

2.    I am the proprietor of Lesniak & Associates, Inc., the Plaintiff in this matter.

3.    Exhibit A to the Motion for Summary Judgment is a true and accurate copy of the 1999 Agreement between Lesniak & Associates, Inc. and View Systems, Inc.

4.    Exhibit B to the Motion for Summary Judgment is a true and accurate copy of the 2001 Agreement between Lesniak & Associates, Inc. and View Systems, Inc.

6.    As alleged in the Complaint and in the Motion for Summary Judgment, View Systems failed to pay Lesniak & Associates, Inc. $160,013.90 in cash. View Systems clearly failed to issue Lesniak & Associates, Inc. 396,500 shares of stock. These amounts were acknowledged by View Systems to be given over to Lesniak & Associates, Inc. in the 2001 Agreement.

7. The parties entered into the 2001 Agreement because View Systems wished for Lesniak & Associates, Inc. to continue to work for it but Lesniak & Associates, Inc. was unwilling to continue to work for View Systems without a written acknowledgement by View Systems of the amounts of money and stock that View Systems had already failed to pay during their two-year relationship up to that point.

8. I am familiar with the trading values of View Systems stock during 2001 and 2002. Attached to this Affidavit is a chart listing the high, low and closing prices for View Systems stock for the period between March 19, 2001 and March 19, 2002. As is shown in the chart, View Systems stock reached a high trading value of $1.21 on October 9, 2001.

9. During 2001 and into 2002, Lesniak & Associates Inc. consistently attempted to get View Systems pay the money and issue the stock that View Systems acknowledged it owed to Lesniak & Associates in the 2001 Agreement. During this time period, Gunther Than consistently and repeatedly assured me that View Systems owed the money and stock to Lesniak & Associates and would pay Lesniak & Associates the amounts owed. It was not until 2002 that it became clear that View Systems had no intention of doing so.

I solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the foregoing affidavit are true.

_/s/ Bruce Lesniak_     4/4/03
Bruce Lesniak           Date

3