View Systems, Inc.
To: Gunther Than
From: Bruce Lesniak
RE: Compensation review and payment
March 19, 2001



PLAINTIFF'S EXHIBIT
G. THAN
11/16/2003

Gunther,

Per our discussion I have outlined my outstanding compensation from years 1999-2000 and have identified the means by which this compensation should be reimbursed. Also included is my agreement for 2001. Please review these documents and authorize at the bottom of page 2.

| **1999 Compensation/Bonus** | **Payment Due** |
|---|---|
| Monthly compensation and Bonus For 1999. | 100,000 shares Stock Issued per master agreement @ .01 cents per share fully vested as of January 1, 2001. |

| **2000 Compensation/Bonus/Expenses** | **Payment Due** |
|---|---|
| Outstanding expense balance From April 2000 to January 1, 2001 | $14,000 PAID 1-25-01 |
| Outstanding monthly compensation balance Form May 1, 2000 to December 31, 2000 | $56,000.00 |
| Monthly shares of View System, Inc. Stock @ 10,000 shares per month for the year of 2000 | 120,000 shares |
| Bonus as defined by Gunther (Outstanding) | 60,000 shares for 2000 |

**Loans and Corporate support**

| | |
|---|---|
| Loan to View to pay employee payroll Issued June 18, 2000 | $15,000 cash |
| $30,000 cash transfer for payroll, bills and corporate support | $30,000 cash (to be paid in .25 stock) |

PLAINTIFF'S EXHIBIT B

### Total outstanding compensations

| | |
|---|---|
| Cash Monthly Comp. For 2000 | $56,000 |
| Cash Loans to View | $15,000 |
| Cash (2001 comp. Jan-March) | $21,000 |
| Expenses from January 2001 | $1,155 |
| Total cash | $93,1550 |

| | |
|---|---|
| Stock (1999 Bonus) | *100,000 Shares @ .01 cents |
| Stock (2000 Bonus) | * 60,000 Shares @ .01 cents |
| Stock (2000 monthly Comp.) | 120,000 Shares @ .01 cents |
| Stock Purchase with $30,000 of transferred cash | *120,000 shares @ .25 with an option for *120,000 shares @ .50 cents per share |

*Indicates unrestricted stock

## 2001 AGREEMENT

## 2001 AGREEMENT

Lesniak & Associates agree to consult to View Systems Inc. for the year 2001. Lesniak & Associates shall maintain their current status as consultants to View for the purpose of promoting View Systems into the security market and directing View Systems Corporate Development efforts.

View Systems Inc. agrees to compensate Lesniak & Associates as follows:

- $7,000 per month
- 10,000 shares of stock per month issued at the master agreement price of .01 cents per share issued quarterly
- Year end bonus based on outlined performance guide lines or a subjective evaluation determined by Gunther Than. Performance criteria to be mutually agreed upon as soon as practicable.[1], 2)
- Bonus may be paid in either cash, stock or a combination.
- Stock shall be issued with regard to the terms of the master agreement which reflects the issued stock price of .01 cents per share.
- View to reimburse Lesniak & Associates for monthly expenses.

_[signature]_ 3-19-01    _[signature]_

Bruce E. Lesniak
President
Lesniak & Associates

Gunther Than
President/CEO
View Systems, Inc.

---

[1] B. Lesniak & G. Than to arrange undisturbed time for Market Plan & Revenue Projection