IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LESNIAK & ASSOCIATES, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No: JFM 02 CV3305 |
| VIEW SYSTEMS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

The Than Deposition Excerpts, which are an attachment to Plaintiff's Motion for Summary Judgment, exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

April 4, 2003

/s/ Jonathan Ruckdeschel
Mark M. Dumler, Bar No.: 07893
Jonathan Ruckdeschel, Bar No.: 25015
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201
(410) 625-9330

Counsel Lesniak & Associates, Inc.