IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Lesniak & Associates, Inc.** | * | |
| Plaintiff | * | Case No.: JFM-02-CV-3305 |
| | * | |
| v. | * | |
| | * | |
| **View Systems, Inc.** | * | |
| Defendant | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

**To the clerk of this Court and all parties of record:**

Please enter my appearance as counsel in this case for Defendant View Systems, Inc. I certify that I am admitted to practice in this court.


\_\_4/7/2003_____                                       _____/s/_____
Date                                                                     Terry J. Harris

Terry J. Harris
Law Offices of Terry J. Harris
301 N. Charles Street, Suite 902
Baltimore, MD 21201
410-576-0800
410-547-6655 – fax
Federal Bar No.: 26767

Attorney for Defendant View Systems, Inc.