IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Lesniak & Associates, Inc.** <br> Plaintiff | * <br> * <br> * | Case No.: JFM 02 CV 3305 |
| v. | * <br> * | |
| **View Systems, Inc.** <br> Defendant | * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## Notice of Service

Pursuant to local Rule 104.8(a), I hereby certify that on April 9, 2003, a copy of Defendant's Motion to Compel Production of Documents and the accompanying memorandum in support of the Motion was electronically mailed and was mailed, postpaid via first class mail, to Jonathan Ruckdeschel, Parker, Dumler & Kiely, LLP, 36 S. Charles St., Suite 2200, Baltimore, MD 21201.

\_\_\_\_\_/s/_____
Terry J. Harris

Law Offices of Terry J. Harris
301 N. Charles Street, Suite 902
Baltimore, MD 21201
410-576-0800
410-547-6655 – fax
Federal Bar No.: 26767

Attorney for Defendant View Systems, Inc.