IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Lesniak & Associates, Inc.**   *
    Plaintiff   *   Case No.:  JFM 02 CV 3305
       *
v.   *
       *
**View Systems, Inc.**   *
    Defendant   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendant, through undersigned counsel, pursuant to local rule 104.8, moves to compel the production of documents requested, and states:

1. Defendant served plaintiff with a request for documents on December 23, 2002.

2. Plaintiff provided a written response to the request on March 13, 2003.

3. Plaintiff objected to requests numbered 14, 15, 16, 17, 19, and 20.  Plaintiff refused to produce documents responsive to those requests.

4. For the reasons set forth in the accompanying memorandum, defendant's requests are reasonably calculated to lead to discovery of admissible evidence and plaintiff's objections and refusals to produce the documents are without justification.

**Wherefore**, defendant respectfully requests that the plaintiff be compelled to produce the requested documents.

                                                            \_\_\_\_/s/_____
                                                            Terry J. Harris
Law Offices of Terry J. Harris
301 N. Charles Street, Suite 902
Baltimore, MD 21201
410-576-0800
410-547-6655 – fax
Federal Bar No.: 26767

Attorney for Defendant View Systems, Inc.

### Certificate of Service

I hereby certify that on April 9, 2003, a copy of Defendant View Systems' Motion to Compel Production of Documents and the accompanying memorandum in support of the motion was electronically mailed and was mailed, postpaid via first class mail, to Jonathan Ruckdeschel, Parker, Dumler & Kiely, LLP, 36 S. Charles St., Suite 2200, Baltimore, MD 21201.

                                                       \_\_\_\_\_/s/_____
                                                            Terry J. Harris