IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LESNIAK & ASSOCIATES, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No: JFM 02 CV3305 |
| VIEW SYSTEMS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF
OPPOSITION TO MOTION TO COMPEL**

I HEREBY CERTIFY that on April 18, 2003 a copy of this Notice of Service of Opposition to Motion to Compel was served via electronic filing upon Terry J. Harris, Law Offices of Terry J. Harris, 301 N. Charles Street, Suite 902, Baltimore, Maryland 21201.

*/s/ Jonathan Ruckdeschel*
Mark M. Dumler, Bar No.: 07893
Jonathan Ruckdeschel, Bar No.: 25015
Parker, Dumler & Kiely, LLP
36 South Charles Street, Suite 2200
Baltimore, Maryland 21201
(410) 625-9330

Counsel Lesniak & Associates, Inc.