IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Lesniak & Associates, Inc.** | * | |
| Plaintiff | * | Case No.:  JFM 02 CV 3305 |
| | * | |
| v. | * | |
| | * | |
| **View Systems, Inc.** | * | |
| Defendant | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## Affidavit of Terry J. Harris

1. Affiant is acting as counsel for Defendant in the above-captioned action and makes this affidavit on personal knowledge.

2. Affiant is a licensed Maryland attorney engaged in the full-time practice of law.

3. If sworn as a witness, affiant can testify competently to the facts set forth in this affidavit.

4. Affiant has requested on behalf of View Systems, Inc, that plaintiff produce a number of documents requested in discovery.  A motion to compel is outstanding. Counsel for View Systems believes the documents requested would shed additional light on the particular issue of Mr. Lesniak's good faith in performance under the agreements in this matter.

5. Affiant has requested on behalf of View Systems, Inc, that plaintiff allow a deposition of Mr. Lesniak. A motion to that effect is also pending.

6. Affiant believes that this discovery will lead to facts essential to View Systems' Inc.'s opposition to Plaintiff's motion for summary judgment.

**I solemnly affirm under the penalties of perjury that the content of the foregoing paper is true to the best of my knowledge, information, and belief.**

4/18/03_____   /s/_____
date                     Terry J. Harris, Affiant