# Terry J. Harris

| | |
|---|---|
| **From:** | Networkn1@aol.com |
| **Sent:** | Thursday, March 01, 2001 3:45 PM |
| **To:** | gthan@viewsystems.com |
| **Subject:** | Re: Comp plan |



View Bruce comp for 2001 2 30 ...

Gunther

I'll take the Bonus challenge it will make it interesting. I added it to the agreement.

Bruce

1



**COMPANY FACT SHEET**

View Systems, Inc.
To: Bruce Lesniak
RE: Compensation review and payment
February 22, 2001


Bruce:

These are the basics.  If you agree I will merge them into the standard Consulting / Employment agreement.



### *2001 AGREEMENT*

Lesniak & Associates agree to consult to View Systems Inc. for the year 2001. Lesniak & Associates shall maintain their current status as consultants to View for the purpose of promoting View Systems into the security market and directing View Systems Corporate Development efforts.

View Systems Inc. agrees to compensate Lesniak & Associates as follows:

- $7,000 per month
- 10,000 shares of stock per month issued at the master agreement price of .01 cents per share issued quarterly
- Year end bonus based on outlined performance guide lines or a subjective evaluation determined by Gunther Than. Performance criteria to be mutually agreed upon as soon as practicable.[1], 2)
- Bonus may be paid in either cash, stock or a combination.
- Stock shall be issued with regard to the terms of the master agreement which reflects the issued stock price of .01 cents per share.
- View to reimburse Lesniak & Associates for monthly expenses.

---

[1] B. Lesniak & G. Than to arrange undisturbed time for Market Plan & Revenue Projection.
2) 2001 bonus is based on unit sales produced by Lesniak. Lesniak shall receive 50 (fifty) shares of View Systems stock each unit sold for the calendar year of 2001. Additional sales incentives may also apply.