IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Lesniak & Associates, Inc.** | * | |
| Plaintiff | * | Case No.: JFM 02 CV 3305 |
| | * | |
| v. | * | |
| | * | |
| **View Systems, Inc.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### Affidavit of Gunther Than

1. The information provided in this affidavit is based on personal knowledge.

2. I am over 18 years of age and competent to testify about the matters set forth in this affidavit.

3. I am CEO of View Systems, Inc., the Defendant in this matter.

4. Bruce Lesniak told me on several occasions that he could sell several thousand units of View Systems security products to ADT or other major security companies within a short period of time. Lesniak suggested that View Systems would need to supply approximately 100 units per month to start, rising to several hundred units per month.

5. A typical unit price for View Systems products in the capability and volumes he suggested is approximately $2500 - $4000. Profit on such a unit is approximately $1000 - $1500. I estimate that Lesniak's failures to deliver on his promises cost View Systems more than $3 million.

6. The total market for security products, such as those sold by View Systems is in the range of $4-5 billion.

2

7. If sworn as a witness, affiant can testify competently to the facts set forth in this affidavit.

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.**


<u>04/18/2003</u>                                                                  <u>   /s/ Gunther Than           </u>
date                                                                                        Gunther Than