**Terry J. Harris**

**From:** Networkn1@aol.com
**Sent:** Wednesday, November 22, 2000 1:27 PM
**To:** tkoche@adt.com; guntherthan@msn.com
**Subject:** View Systems Pricing



View ADT product letter.doc (5...

Tom

Please review the pricing attached. As we discussed this pricing is for a 10 unit order and is extended to you even if you only use this one unit. However, As you get comfortable with this product and would like to extend the unit count I can make some dramatic discounts to your pricing. Please contact me with questions or if you need the system configured differently. Have a great holiday and I will contact you next week.

Bruce

1



November 22, 2000

ADT Security Systems
Tom Koche
Re: View System Pricing

Tom,
Enclosed please find the information necessary to provide pricing for the Larry Ruvo Job and future opportunities that arise. I feel the View Systems provides a superior product offering to your organization while creating a compelling competitive barrier to the marketplace.

**Product**

- Secure View control unit –Secure View 4
- 70 gig of hard drive capacity, providing 43-67 days of storage
- Network interface card
- month Remote video dial in

**Price**

$2,200

**Options**

- 12 camera expansion unit… $1,250
- Each increment of 10 Gig of storage… $200.00

Please note that this system operates with the full function set as the system Vince demonstrated. View welcomes the opportunity to work with you and your team. I will call you on Monday to confirm receipt of this transmission and to discuss our action plan for securing this and other project you may have. If you have any questions please contact me at you convenience @ 262-369-1573.


Respectfully,


Bruce E. Lesniak