IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Lesniak & Associates, Inc.** | * | |
|     Plaintiff | * | Case No.:  JFM 02 CV 3305 |
| | * | |
| v. | * | |
| | * | |
| **View Systems, Inc.** | * | |
|     Defendant | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>Notice of Filing of Lengthy Exhibits</u>**

Exhibit C, a copy of excerpts from the deposition of Gunther Than, Exhibit E, a copy of a letter dated August 14, 2001, Exhibit F, copies of checks and stock issuances, and Exhibit G, a copy of Plaintiff's answers to interrogatories are all attachments to Defendant's Memorandum in Opposition to Motion for Summary Judgment.  The documents exist only in paper format, and if scanned, the electronic file would be exceedingly large.  The exhibits shall be filed in paper format with the clerk's office.  I hereby certify that the exhibits and this notice will be hand-delivered to Jonathan Ruckdeschel, Parker, Dumler & Kiely, LLP, 36 S. Charles St., Suite 2200, Baltimore, MD 21201, within 24 hours of the electronic filing of this notice.

_____/s/_____
Terry J. Harris
Law Offices of Terry J. Harris
301 N. Charles Street, Suite 902
Baltimore, MD 21201
410-576-0800
410-547-6655 – fax
Federal Bar No.: 26767
Attorney for Defendant View Systems, Inc.