IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Lesniak & Associates, Inc.** | * | |
|     Plaintiff | * | Case No.: JFM 02 CV 3305 |
| | * | |
| v. | * | |
| | * | |
| **View Systems, Inc.** | * | |
|     Defendant | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**Defendant's Reply to Plaintiff's Opposition to Motion For Leave To Take Deposition**

    Defendant, through undersigned counsel, replies to plaintiff's opposition to the motion for leave to take a deposition beyond the discovery deadline, or in the alternative, to modify the scheduling order to extend the discovery deadline, and states:

    1. In response to plaintiff's summary judgment motion, counsel for defendant View Systems did file an affidavit under Rule 56(f). It is attached to this reply as Exhibit A.

    2. Fundamental issues in the case involve the nature and extent of Mr. Lesniak's performance under the disputed agreement(s). (The arguments are set forth in defendant's response to the summary judgment motion, so they need not be repeated here.) The deposition of Mr. Lesniak is necessary to explore those issues.

    3. It is in no way prejudicial to plaintiff if defendant were to be allowed to depose Mr. Lesniak. However, if defendant is not allowed to depose Mr. Lesniak, prejudice will have occurred during the period in which defendant was unrepresented by counsel.

4. Therefore, defendant reiterates its request for leave of court to take the deposition of Mr. Bruce Lesniak beyond the discovery deadline, or, in the alternative, modification of the scheduling order to extend the discovery deadline for an additional three weeks.

    _____/s/_____
Terry J. Harris
Law Offices of Terry J. Harris
301 N. Charles Street, Suite 902
Baltimore, MD 21201
410-576-0800
410-547-6655 – fax
Federal Bar No.: 26767

Attorney for Defendant View Systems, Inc.

**Certificate of Service**

I hereby certify that on April 29, 2003, a copy of Defendant View Systems' Motion for Leave to Take Deposition was electronically mailed and was mailed, postpaid via first class mail, to Jonathan Ruckdeschel, Parker, Dumler & Kiely, LLP, 36 S. Charles St., Suite 2200, Baltimore, MD 21201.

    _____/s/_____
Terry J. Harris