**EXHIBIT E**

US and Canadian historical stock prices and US indices prices provided by CSI, Inc.
US historical mutual fund and industry prices provided by Media General Financial Services.
International stock prices and International indices prices provided by Interactive Data Corporation.
View Systems Inc (VYST)
Daily prices

| DATE | OPEN | HIGH | LOW | CLOSE | VOLUME |
|---|---|---|---|---|---|
| 8/30/02 | 0.26 | 0.26 | 0.22 | 0.25 | 277500 |
| 8/29/02 | 0.28 | 0.29 | 0.24 | 0.26 | 241600 |
| 8/28/02 | 0.28 | 0.3 | 0.25 | 0.3 | 267600 |
| 8/27/02 | 0.28 | 0.32 | 0.27 | 0.32 | 48800 |
| 8/26/02 | 0.33 | 0.33 | 0.29 | 0.29 | 28900 |
| 8/23/02 | 0.32 | 0.32 | 0.29 | 0.29 | 123600 |
| 8/22/02 | 0.34 | 0.34 | 0.28 | 0.28 | 48900 |
| 8/21/02 | 0.29 | 0.34 | 0.29 | 0.31 | 149000 |
| 8/20/02 | 0.32 | 0.32 | 0.28 | 0.29 | 51600 |
| 8/19/02 | 0.32 | 0.33 | 0.29 | 0.29 | 59000 |
| 8/16/02 | 0.33 | 0.34 | 0.29 | 0.32 | 200300 |
| 8/15/02 | 0.33 | 0.33 | 0.28 | 0.29 | 78100 |
| 8/14/02 | 0.29 | 0.33 | 0.29 | 0.29 | 126300 |
| 8/13/02 | 0.29 | 0.33 | 0.29 | 0.3 | 185000 |
| 8/12/02 | 0.32 | 0.34 | 0.29 | 0.29 | 294100 |
| 8/9/02 | 0.28 | 0.32 | 0.28 | 0.3 | 166000 |
| 8/8/02 | 0.3 | 0.33 | 0.29 | 0.3 | 163700 |
| 8/7/02 | 0.34 | 0.34 | 0.28 | 0.3 | 137600 |
| 8/6/02 | 0.34 | 0.35 | 0.32 | 0.32 | 145200 |
| 8/5/02 | 0.32 | 0.34 | 0.3 | 0.32 | 71700 |
| 8/2/02 | 0.3 | 0.32 | 0.28 | 0.3 | 232000 |
| 8/1/02 | 0.33 | 0.36 | 0.31 | 0.33 | 115900 |
| 7/31/02 | 0.34 | 0.37 | 0.34 | 0.35 | 186200 |
| 7/30/02 | 0.34 | 0.37 | 0.34 | 0.34 | 196200 |
| 7/29/02 | 0.36 | 0.38 | 0.34 | 0.35 | 128500 |
| 7/26/02 | 0.37 | 0.38 | 0.34 | 0.36 | 155100 |
| 7/25/02 | 0.36 | 0.37 | 0.35 | 0.35 | 74900 |
| 7/24/02 | 0.4 | 0.41 | 0.34 | 0.35 | 373300 |
| 7/23/02 | 0.41 | 0.42 | 0.38 | 0.39 | 263700 |
| 7/22/02 | 0.4 | 0.44 | 0.38 | 0.4 | 669900 |
| 7/19/02 | 0.4 | 0.41 | 0.35 | 0.36 | 233200 |
| 7/18/02 | 0.37 | 0.44 | 0.37 | 0.38 | 1059200 |
| 7/17/02 | 0.36 | 0.37 | 0.33 | 0.34 | 99200 |
| 7/16/02 | 0.31 | 0.38 | 0.31 | 0.35 | 96700 |
| 7/15/02 | 0.34 | 0.37 | 0.31 | 0.31 | 206700 |
| 7/12/02 | 0.4 | 0.4 | 0.34 | 0.36 | 275000 |
| 7/11/02 | 0.44 | 0.44 | 0.35 | 0.4 | 399500 |
| 7/10/02 | 0.39 | 0.49 | 0.38 | 0.41 | 1279500 |
| 7/9/02 | 0.27 | 0.39 | 0.27 | 0.38 | 593900 |
| 7/8/02 | 0.27 | 0.29 | 0.25 | 0.27 | 178900 |
| 7/5/02 | 0.23 | 0.27 | 0.23 | 0.27 | 47900 |
| 7/3/02 | 0.24 | 0.26 | 0.21 | 0.24 | 189900 |
| 7/2/02 | 0.27 | 0.27 | 0.21 | 0.23 | 156900 |
| 7/1/02 | 0.19 | 0.3 | 0.19 | 0.26 | 438200 |
| 6/28/02 | 0.19 | 0.19 | 0.18 | 0.19 | 143200 |
| 6/27/02 | 0.17 | 0.19 | 0.17 | 0.19 | 35500 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 6/26/02 | 0.17 | 0.17 | 0.17 | 0.17 | 55700 |
| 6/25/02 | 0.17 | 0.17 | 0.17 | 0.17 | 37700 |
| 6/24/02 | 0.18 | 0.18 | 0.17 | 0.17 | 42400 |
| 6/21/02 | 0.18 | 0.18 | 0.17 | 0.17 | 53500 |
| 6/20/02 | 0.19 | 0.19 | 0.17 | 0.18 | 133900 |
| 6/19/02 | 0.19 | 0.2 | 0.19 | 0.19 | 212200 |
| 6/18/02 | 0.18 | 0.2 | 0.17 | 0.19 | 304900 |
| 6/17/02 | 0.18 | 0.18 | 0.17 | 0.18 | 37900 |
| 6/14/02 | 0.18 | 0.18 | 0.17 | 0.17 | 323400 |
| 6/13/02 | 0.14 | 0.19 | 0.14 | 0.19 | 950100 |
| 6/12/02 | 0.12 | 0.14 | 0.12 | 0.14 | 168000 |
| 6/11/02 | 0.14 | 0.14 | 0.1 | 0.13 | 291700 |
| 6/10/02 | 0.15 | 0.15 | 0.14 | 0.14 | 277700 |
| 6/7/02 | 0.15 | 0.15 | 0.14 | 0.15 | 343200 |
| 6/6/02 | 0.18 | 0.18 | 0.14 | 0.15 | 395200 |
| 6/5/02 | 0.18 | 0.18 | 0.18 | 0.18 | 156200 |
| 6/4/02 | 0.18 | 0.19 | 0.18 | 0.18 | 207400 |
| 6/3/02 | 0.19 | 0.19 | 0.18 | 0.19 | 87700 |
| 5/31/02 | 0.19 | 0.19 | 0.18 | 0.19 | 29500 |
| 5/30/02 | 0.19 | 0.19 | 0.18 | 0.18 | 563700 |
| 5/29/02 | 0.19 | 0.2 | 0.18 | 0.19 | 36000 |
| 5/28/02 | 0.2 | 0.2 | 0.19 | 0.19 | 26100 |
| 5/24/02 | 0.19 | 0.2 | 0.19 | 0.2 | 14000 |
| 5/23/02 | 0.2 | 0.2 | 0.19 | 0.19 | 76600 |
| 5/22/02 | 0.2 | 0.2 | 0.19 | 0.19 | 453900 |
| 5/21/02 | 0.2 | 0.2 | 0.19 | 0.2 | 497300 |
| 5/20/02 | 0.2 | 0.2 | 0.19 | 0.19 | 50800 |
| 5/17/02 | 0.19 | 0.2 | 0.19 | 0.2 | 44100 |
| 5/16/02 | 0.19 | 0.2 | 0.19 | 0.2 | 210800 |
| 5/15/02 | 0.18 | 0.19 | 0.18 | 0.19 | 125200 |
| 5/14/02 | 0.21 | 0.21 | 0.19 | 0.19 | 546200 |
| 5/13/02 | 0.2 | 0.2 | 0.19 | 0.2 | 26100 |
| 5/10/02 | 0.19 | 0.21 | 0.19 | 0.2 | 11300 |
| 5/9/02 | 0.22 | 0.22 | 0.18 | 0.21 | 144700 |
| 5/8/02 | 0.18 | 0.22 | 0.18 | 0.22 | 165800 |
| 5/7/02 | 0.19 | 0.21 | 0.19 | 0.19 | 143200 |
| 5/6/02 | 0.2 | 0.22 | 0.19 | 0.19 | 100400 |
| 5/3/02 | 0.19 | 0.2 | 0.19 | 0.2 | 78000 |
| 5/2/02 | 0.23 | 0.23 | 0.2 | 0.2 | 139500 |
| 5/1/02 | 0.25 | 0.25 | 0.2 | 0.2 | 127900 |
| 4/30/02 | 0.23 | 0.25 | 0.21 | 0.23 | 164900 |
| 4/29/02 | 0.27 | 0.27 | 0.23 | 0.23 | 118700 |
| 4/26/02 | 0.27 | 0.27 | 0.25 | 0.26 | 152700 |
| 4/25/02 | 0.24 | 0.27 | 0.23 | 0.27 | 392800 |
| 4/24/02 | 0.2 | 0.24 | 0.19 | 0.24 | 413600 |
| 4/23/02 | 0.2 | 0.2 | 0.17 | 0.19 | 128200 |
| 4/22/02 | 0.22 | 0.22 | 0.18 | 0.2 | 169800 |
| 4/19/02 | 0.23 | 0.24 | 0.2 | 0.21 | 141400 |
| 4/18/02 | 0.23 | 0.25 | 0.22 | 0.25 | 73300 |
| 4/17/02 | 0.24 | 0.25 | 0.22 | 0.23 | 90500 |
| 4/16/02 | 0.25 | 0.25 | 0.22 | 0.25 | 131300 |
| 4/15/02 | 0.24 | 0.25 | 0.24 | 0.24 | 58900 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 4/12/02 | 0.23 | 0.27 | 0.22 | 0.24 | 101300 |
| 4/11/02 | 0.26 | 0.27 | 0.23 | 0.25 | 138100 |
| 4/10/02 | 0.27 | 0.27 | 0.22 | 0.25 | 188700 |
| 4/9/02 | 0.27 | 0.28 | 0.26 | 0.26 | 89400 |
| 4/8/02 | 0.28 | 0.28 | 0.26 | 0.27 | 42500 |
| 4/5/02 | 0.27 | 0.28 | 0.26 | 0.28 | 129400 |
| 4/4/02 | 0.33 | 0.33 | 0.25 | 0.25 | 295500 |
| 4/3/02 | 0.34 | 0.34 | 0.31 | 0.31 | 52500 |
| 4/2/02 | 0.32 | 0.34 | 0.32 | 0.34 | 17100 |
| 4/1/02 | 0.32 | 0.33 | 0.32 | 0.33 | 18200 |
| 3/28/02 | 0.35 | 0.35 | 0.32 | 0.33 | 209500 |
| 3/27/02 | 0.35 | 0.36 | 0.33 | 0.34 | 225000 |
| 3/26/02 | 0.32 | 0.34 | 0.32 | 0.32 | 100900 |
| 3/25/02 | 0.35 | 0.35 | 0.31 | 0.32 | 228300 |
| 3/22/02 | 0.31 | 0.35 | 0.31 | 0.33 | 264500 |
| 3/21/02 | 0.33 | 0.33 | 0.31 | 0.32 | 393200 |
| 3/20/02 | 0.35 | 0.35 | 0.3 | 0.31 | 464600 |
| 3/19/02 | 0.42 | 0.42 | 0.33 | 0.36 | 326200 |
| 3/18/02 | 0.4 | 0.42 | 0.4 | 0.42 | 35500 |
| 3/15/02 | 0.4 | 0.42 | 0.38 | 0.39 | 131600 |
| 3/14/02 | 0.39 | 0.4 | 0.38 | 0.4 | 78900 |
| 3/13/02 | 0.41 | 0.41 | 0.39 | 0.39 | 104300 |
| 3/12/02 | 0.39 | 0.41 | 0.39 | 0.41 | 129200 |
| 3/11/02 | 0.41 | 0.42 | 0.4 | 0.4 | 130600 |
| 3/8/02 | 0.41 | 0.42 | 0.39 | 0.41 | 159900 |
| 3/7/02 | 0.39 | 0.43 | 0.39 | 0.42 | 401900 |
| 3/6/02 | 0.43 | 0.44 | 0.41 | 0.42 | 111500 |
| 3/5/02 | 0.46 | 0.48 | 0.43 | 0.43 | 209300 |
| 3/4/02 | 0.5 | 0.5 | 0.46 | 0.46 | 69200 |
| 3/1/02 | 0.49 | 0.55 | 0.49 | 0.49 | 201700 |
| 2/28/02 | 0.51 | 0.53 | 0.48 | 0.51 | 129800 |
| 2/27/02 | 0.53 | 0.53 | 0.49 | 0.52 | 215600 |
| 2/26/02 | 0.5 | 0.63 | 0.5 | 0.51 | 286700 |
| 2/25/02 | 0.48 | 0.52 | 0.48 | 0.52 | 75300 |
| 2/22/02 | 0.47 | 0.51 | 0.45 | 0.5 | 197200 |
| 2/21/02 | 0.42 | 0.47 | 0.41 | 0.45 | 296400 |
| 2/20/02 | 0.39 | 0.43 | 0.39 | 0.42 | 99600 |
| 2/19/02 | 0.44 | 0.45 | 0.39 | 0.4 | 202200 |
| 2/15/02 | 0.45 | 0.47 | 0.44 | 0.46 | 100100 |
| 2/14/02 | 0.46 | 0.49 | 0.45 | 0.47 | 152000 |
| 2/13/02 | 0.5 | 0.5 | 0.46 | 0.46 | 189600 |
| 2/12/02 | 0.54 | 0.54 | 0.49 | 0.5 | 186100 |
| 2/11/02 | 0.54 | 0.55 | 0.51 | 0.52 | 61400 |
| 2/8/02 | 0.58 | 0.61 | 0.51 | 0.52 | 198700 |
| 2/7/02 | 0.49 | 0.59 | 0.48 | 0.59 | 151700 |
| 2/6/02 | 0.53 | 0.54 | 0.42 | 0.49 | 613300 |
| 2/5/02 | 0.59 | 0.59 | 0.54 | 0.54 | 211400 |
| 2/4/02 | 0.58 | 0.61 | 0.57 | 0.58 | 271400 |
| 2/1/02 | 0.58 | 0.6 | 0.57 | 0.59 | 33900 |
| 1/31/02 | 0.59 | 0.6 | 0.56 | 0.59 | 139900 |
| 1/30/02 | 0.64 | 0.64 | 0.58 | 0.59 | 262400 |
| 1/29/02 | 0.67 | 0.67 | 0.63 | 0.63 | 103900 |

| Date | | | | | |
|---|---|---|---|---|---|
| 1/28/02 | 0.66 | 0.67 | 0.65 | 0.67 | 115900 |
| 1/25/02 | 0.68 | 0.7  | 0.65 | 0.67 | 404000 |
| 1/24/02 | 0.68 | 0.69 | 0.67 | 0.67 | 125300 |
| 1/23/02 | 0.67 | 0.73 | 0.65 | 0.67 | 306900 |
| 1/22/02 | 0.68 | 0.68 | 0.65 | 0.67 | 244200 |
| 1/18/02 | 0.67 | 0.69 | 0.66 | 0.67 | 117300 |
| 1/17/02 | 0.67 | 0.67 | 0.65 | 0.67 | 98300  |
| 1/16/02 | 0.62 | 0.66 | 0.62 | 0.66 | 228700 |
| 1/15/02 | 0.67 | 0.67 | 0.61 | 0.63 | 131500 |
| 1/14/02 | 0.67 | 0.69 | 0.65 | 0.65 | 205300 |
| 1/11/02 | 0.68 | 0.69 | 0.66 | 0.68 | 240200 |
| 1/10/02 | 0.66 | 0.7  | 0.65 | 0.68 | 169400 |
| 1/9/02  | 0.69 | 0.7  | 0.66 | 0.67 | 332100 |
| 1/8/02  | 0.72 | 0.72 | 0.68 | 0.69 | 211900 |
| 1/7/02  | 0.66 | 0.72 | 0.65 | 0.71 | 305400 |
| 1/4/02  | 0.7  | 0.7  | 0.61 | 0.66 | 435000 |
| 1/3/02  | 0.82 | 0.82 | 0.65 | 0.7  | 536200 |
| 1/2/02  | 0.77 | 0.85 | 0.77 | 0.77 | 454500 |

**EXHIBIT F**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LESNIAK & ASSOCIATES, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No: JFM 02 CV3305 |
| VIEW SYSTEMS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that May 8, 2003, a copy of Plaintiff's Amended Answer to Interrogatory No. 9 on behalf of Plaintiff, Lesniak & Associates, Inc. was e-filed to:

    Terry J. Harris, Esquire
    Law Offices of Terry J. Harris
    301 N. Charles Street, Suite 902
    Baltimore, MD 21202
    Attorney for Defendant

    s/ Jonathan Ruckdeschel
    Mark M. Dumler, Bar Number 07893
    Jonathan Ruckdeschel, Bar Number 25015
    Parker, Dumler & Kiely LLP
    36 S. Charles Street
    Suite 2200
    Baltimore, Maryland 21201
    (410) 625-9330

    Attorneys for Plaintiff, Lesniak & Associates, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LESNIAK & ASSOCIATES, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No: JFM 02 CV3305 |
| VIEW SYSTEMS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED ANSWER TO INTERROGATORY NO. 9

Plaintiff, Lesniak & Associates, Inc., by its undersigned attorneys, files the following Amended Answers to Interrogatory No. 9 propounded by the Defendant, View Systems, Inc.:

**Interrogatory No. 9**: State the facts concerning the matters in paragraphs 12 and 13 of your Answers to Defendant's Counterclaim.

**Answer to Interrogatory No. 9**:   Lesniak & Associates denies that View Systems has or had the authority to unilaterally "terminate" the March 19, 2001 contract, which contained acknowledgements by View Systems of the amounts owed to Lesniak & Associates and which contained agreements by View Systems to pay those amounts. Moreover, Paragraph 12 of the Counterclaim asserts an action by View Systems' Board of Directors on August 12, 2001. Much of the amounts claimed in the Complaint relate to work performed before August 12, 2001. As such, the Board of Directors action, if it actually occurred, has no bearing on the contractual relationship between the parties. Similarly, none of the amounts claimed in the Complaint

relate to work performed after July 8, 2002. As such, Exhibit C has no bearing on the contractual relationship between the parties that gives rise to this case.

Mark M. Dumler, Bar Number 07893
Jonathan Ruckdeschel, Bar Number 25015
Parker, Dumler & Kiely LLP
36 S. Charles Street
Suite 2200
Baltimore, Maryland 21201
(410) 625-9330

Attorneys for Lesniak & Associates

### Affirmation

I DO SOLEMNLY DECLARE AND AFFIRM, under the penalties of perjury, that the contents of the foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

LESNIAK & ASSOCIATES, INC.

By _____  5-7-03

relate to work performed after July 8, 2002. As such, Exhibit C has no bearing on the contractual relationship between the parties that gives rise to this case.

/s/ Mark M. Dumler
Mark M. Dumler, Bar Number 07893
Jonathan Ruckdeschel, Bar Number 25015
Parker, Dumler & Kiely LLP
36 S. Charles Street
Suite 2200
Baltimore, Maryland 21201
(410) 625-9330

Attorneys for Lesniak & Associates

## Affirmation

I DO SOLEMNLY DECLARE AND AFFIRM, under the penalties of perjury, that the contents of the foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

LESNIAK & ASSOCIATES, INC.

By_____

EXHIBIT G



1100 Wilso Drive
Baltimore, MD 21223
www.viewsystems.com
410-646-3000 Voice
410-646-0987 Fax

August 20, 2001

Bruce Lesniak
W303 N 3211 Timber Hill Court
Pewaukee, WI. 53072

Bruce,

I have been instructed to execute this per the Board of Directors.

Sincerely,


Gunther Than
CEO

*OK GT*

August 14, 2001

To: Gunther Than
    CEO and President

After reviewing the dismal results of second quarter and serious consideration, it is the action of the board to put all marketing and sales personnel on commission only, or draw against commissions, plus expenses.

This will be in effect until expenses and revenue are brought into more favorable ratio. Any suggestions or questions may be directed in writing to the Board and will be considered, reviewed and answered.

Sincerely,


Dr. Martin Maassen
Chairman of the Board



1100 Wilso Drive
Baltimore, MD 21223
www.viewsystems.com
410-646-3000 Voice
410-646-0987 Fax

VIA E-MAIL, FAX & CERTIFIED MAIL

July 8, 2002

Mr. Bruce Lesniak
Lesniak & Associates
W 303 N 3211 Timber Hill Court
Pewaukee, WI 53072

Dear Mr. Lesniak,

As previously stated in our letters dated April 24, 2002 and August 14, 2001 (letters attached), please cease all activities on behalf of View Systems, Inc. until we come to a final settlement and going forward agreement.

Our prices have changed and the pricing you have been using is outdated and has been for over six months.

Furthermore, your belligerent phone conversations to my staff will not be tolerated. We have had to admonish you in the past as you have left employees in tears and assume that this will be the last time.

You may communicate to me by e-mail gthan@viewsystems.com.

Without predjidice,

Gunther Than
CEO



1100 Wilso Drive
Baltimore, MD 21223
www.viewsystems.com
410-646-3000 Voice
410-646-0987 Fax

April 24, 2002

Mr. Bruce Lesniak
Lesniak & Associates
W303 N 3211 Timber Hill Court
Pewaukee, WI. 53072

Dear Mr. Lesniak,

After reviewing all facts in our relationship it is our opinion that the August 14, 2001 letter changing all marketing and sales personnel was intended to apply to you. If you feel that business development does not relate to sales and marketing, we invite any comments.

Please cease all actives on behalf of View Systems, Inc. until we come to an agreement.

Sincerely,

Gunther Than
CEO

Cc: Dr. Martin Maassen
    Joel Konicek