IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Lesniak & Associates, Inc.** | * | |
|     Plaintiff | * | Case No.:  JFM 02 CV 3305 |
| | * | |
| v. | * | |
| | * | |
| **View Systems, Inc.** | * | |
|     Defendant | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## Motion to Compel Discovery

A motion to compel discovery was served on Plaintiff Lesniak & Associates. The Motion and accompanying memorandum are attached to the notice of service filed in this case as Paper No. 13. A response was served and is attached to the notice of service filed in this case as Paper No. 14. No reply was served.

Counsel have conferred and have been unable to resolve the issues raised in the motion to compel, with the exception that Plaintiff has produced a resume responsive to Document Request No. 19.

A certificate of compliance with Rule 104.7 is attached hereto.

**Wherefore**, it is requested that the court review the motion to compel and the response, and rule on the issues set forth therein.

May 13, 2003                                 ___/s/_____
                                             Terry J. Harris
                                             Law Offices of Terry J. Harris
                                             301 N. Charles Street, Suite 902
                                             Baltimore, MD 21201
                                             410-576-0800
                                             410-547-6655 – fax
                                             Federal Bar No.: 26767

                                             Attorney for Defendant View Systems, Inc.

**Certificate of Service**

I hereby certify that on May 13, 2003, a copy of this motion and accompanying certificate was electronically mailed and was mailed, postpaid via first class mail, to Jonathan Ruckdeschel, Parker, Dumler & Kiely, LLP, 36 S. Charles St., Suite 2200, Baltimore, MD 21201.

                                             _____/s/_____
                                             Terry J. Harris