IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Lesniak & Associates, Inc.** | * | |
| Plaintiff | * | Case No.: JFM 02 CV 3305 |
| | * | |
| v. | * | |
| | * | |
| **View Systems, Inc.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**Certificate of Discovery Conference**

Pursuant to Local Rule 104.7, counsel representing the parties conferred in an effort to resolve the pending Motion to Compel. Plaintiff's counsel, Jon Ruckdeschel and defendant's counsel Terry J. Harris conferred in a telephone conversation May 12, 2003. Plaintiff has produced a resume under Request No. 19, but counsel were otherwise unable to resolve the dispute.

    ____/s/_____
Terry J. Harris
Law Offices of Terry J. Harris
301 N. Charles Street, Suite 902
Baltimore, MD 21201
410-576-0800
410-547-6655 – fax
Federal Bar No.: 26767

Attorney for Defendant View Systems, Inc.