IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESNIAK & ASSOCIATES, INC.   *
                             *
v.                           *   Civil No. JFM-02-3305
                             *
VIEW SYSTEMS, INC.           *
                             *
                          *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 16th day of July 2003

ORDERED that:

1. Plaintiff's motion for summary judgment is granted with respect to liability;

2. Plaintiff's motion for summary judgment is denied with respect to the amount of damages;

3. Plaintiff's motion for summary judgment on defendant's counterclaim is granted;

4. Defendant's motion to compel production of documents is denied; and

5. Defendant's motion for leave to take deposition is denied, but may be refiled as to damages issues.

/s/
J. Frederick Motz
United States District Judge