UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 11, 2003

Memo To Counsel Re: Lesniak Associates v. View Systems
Civil No. JFM-02-3305

Dear Counsel:

    As requested, the scheduling conference set for September 23, 2003 is hereby rescheduled. The conference will be held at 8:30 a.m. on September 30, 2003. If you wish to participate by telephone, please contact my chambers to make the necessary arrangements.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge