UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 30, 2003

Memo To Counsel Re: Lesniak & Associates, Inc. v. View Systems, Inc.
Civil No. JFM-02-3305

Dear Counsel:

This will confirm the alternative schedules set during the conference held today.

<u>Alternative 1 (if parties do not waive jury trial)</u>

| | |
|---|---|
| December 3, 2003 | Deadline for submission of pretrial order |
| December 15, 2003 | Trial (2 days) |

<u>Alternative 2 (if parties waive jury trial and settlement conference can be held by mid November)</u>

| | |
|---|---|
| December 3, 2003 | Deadline for submission of pretrial order |
| December 22, 2003 | Trial (1 day) |

<u>Alternative 3 (if parties waive jury trial and settlement conference cannot be held by mid November)</u>

| | |
|---|---|
| January 14, 2004 | Deadline for submission of pretrial order |
| January 23, 2004 | Trial (1 day) |

    I understand that you anticipate that you will be able to advise me whether or not the parties do waive their right to a jury trial on or before October 6, 2003.

      Finally, this will confirm that I will ask that the case be referred to a magistrate judge for the purpose of holding a settlement conference. If, after conferring with his client, Mr. Harris concludes that a settlement conference will not result in realistic negotiations, he will so advise us and the settlement conference will be canceled (so that plaintiff will not incur an unnecessary expense in traveling to Baltimore from Wisconsin).

                                                                                    Very truly yours,

                                                                                    /s/

                                                                                 J. Frederick Motz  
                                                                                 United States District Judge