**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Lesniak and Associates, Inc.** | * | |
| **Plaintiff(s)** | | |
| | * | |
| vs. | | Civil No.: JFM-02-3305 |
| | * | |
| **View Systems, Inc.** | | |
| **Defendant(s)** | * | |

\*\*\*\*\*\*

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States District Court for the District of Maryland, this case is hereby referred to the Honorable Susan K. Gauvey, United States Magistrate Judge for said District, for the following purpose(s):

[  ]   For all proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) by consent of the parties.

[ X ]   Settlement or other ADR conference. **Please note: Trial is scheduled for December 15 or December 22. Please schedule settlement conference before mid-November. If not possible, please let Judge Motz know so that trial may be moved to January.**

[  ]   Discovery disputes as follows:

    [  ]   All discovery and related scheduling matters.

    [  ]   Specifically, _____
    _____.

[  ]   Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. § 405(g).

[  ]   Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633.

[  ]   Reviewing a default judgment and/or making recommendations concerning damages.

[  ]   Other:_____
_____.

Date:_____September 30, 2003_____          _____/s/_____

                                      J. Frederick Motz
                                      United States District Judge

Case 1:02-cv-03305-JFM   Document 25   Filed 09/30/2003   Page 2 of 2

U.S. District Court (Rev. 7/14/2003)